# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**KIMBERLY EPPS**  PLAINTIFF

v.  No. 2:12CV00193 KGB

**FRED'S STORES OF TENNESSEE, INC.**  DEFENDANT

## ORDER

The Court will conduct a telephone hearing on plaintiff's motion to extend discovery deadline and amended motion to extend discovery deadline (Dkt. Nos. 13, 15) on Wednesday, April 17, 2013, at 3:00 p.m.

SO ORDERED this 16th day of April, 2013.

_____
Kristine G. Baker
United States District Judge